HELENA FLINT, Respondent, *v.* ELEANOR M. RUTHRAUFF, Appellant, Impleaded with SECOND NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.

*Flint* v. *Ruthrauff*, 26 App. Div. 624, affirmed.
(Argued May 11, 1900; decided June 12, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1898, affirming a judgment entered upon a decision of the court on trial at Special Term.

*Delos McCurdy* and *Charles A. Runk* for appellant.

*Bronson Winthrop* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

———————

MARY W. TIMMERMAN, Respondent, *v.* MARY ANN O'NEILL, Appellant.

*Timmerman* v. *O'Neill*, 13 App. Div. 551, affirmed.
(Submitted May 11, 1900; decided June 12, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 10, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the Superior Court of Buffalo at a Trial Term.

*Seward A. Simons* for appellant.

*George L. Lewis* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.